DANA A. SUNTAG, (State Bar No.: 125127)
JOSHUA J. STEVENS, (State Bar No.: 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE L. BRADLEY, et al,<br><br>　　　　Plaintiffs,<br>　v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>　　　　Defendants. | **Case No.: 2:17-CV-2313-KJM-AC**<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

STIPULATION AND ORDER TO EXTEND TIME　　1

## R E C I T A L S

A. On November 3, 2017, Plaintiff filed this lawsuit, *pro se*.

B. On November 29, 2017, attorney Jeff Dominic Price filed a Notice of Appearance as counsel for Plaintiff.

C. On or about December 11, 2017, Plaintiff served process on Defendants.

D. Defendants' counsel requested a 30-day extension of time to move, plead, or otherwise respond to the Complaint. Plaintiff's counsel is agreeable with such extension on the condition that if Defendants file a motion to dismiss, then on request by Plaintiff they will stipulate to allow Plaintiff to file a First Amended Complaint.

## S T I P U L A T I O N

THEREFORE, IT IS STIPULATED AND AGREED by the parties, through their counsel of record, as follows:

1. Defendants have an extension of time, through and including February 1, 2018, to move, plead, or otherwise respond to the Complaint.

2. If any Defendant files a motion to dismiss, then on request by Plaintiff Defendants will stipulate to allow Plaintiff to file a First Amended Complaint.

Dated: December 28, 2017  HERUM CRABTREE SUNTAG
A California Professional Corporation

By: */s/ Dana A. Suntag*
DANA A. SUNTAG
Attorney for All Defendants

Dated: December 28, 2017  JEFF DOMINIC PRICE, APC

By: /s/ Jeff Dominic Price
JEFF DOMINIC PRICE
Attorneys for Plaintiff

## O R D E R

IT IS SO ORDERED.

Dated: January 2, 2018

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME    2