UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE L. BRADLEY,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>            Defendants. | No. 2:17-cv-02313 KJM AC<br><br><br><br>ORDER |

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiff was proceeding pro se. On November 29, 2017, Jeff Dominic Price filed a notice of appearance on behalf of plaintiff Denise L. Bradley. ECF No. 6. Because plaintiff is now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that going forward, the parties shall conduct pretrial matters, **other than discovery motions**, before the District Judge assigned to this action. Discovery motions remain referred to the magistrate judge by Local Rule 302(c)(1). This matter is REFERRED back to the District Judge assigned to this action.

IT IS SO ORDERED.

DATED: January 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE