Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| DENISE L. BRADLEY, | Case No. 2:17-CV-02313-KJM-ACx |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND PERIOD TO FILE AMENDED COMPLAINT IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

TO: THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES DISTRICT JUDGE AND TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

WHEREFORE the parties, though their counsel of record, have met and conferred and, for good cause, have agreed to stipulate to the filing of an amended complaint until March 14, 2018.

1. On December 28, 2017, Defendants' counsel requested and Plaintiff's counsel agreed to stipulate to a 30-day extension of time for Defendants to move, plead or otherwise respond to the Original Complaint. (Doc. #9)

2. The Stipulation additionally provided that Defendants will stipulate to allow Plaintiff to file a First Amended Complaint. (Doc. #9)

3. On January 2, 2018, United States Magistrate Judge Allison Claire signed the Order on the Stipulation. (Doc. #9)

4. On February 1, 2018 Defendants filed a Motion to Dismiss for Failure to State A Claim. (Doc. #12).

IT IS STIPULATED that the Plaintiff may file an amended complaint on or before March 14, 2018.

IT IS SO STIPULATED.

Dated: March 7, 2018      JEFF DOMINIC PRICE, Esq.

                                        /s/ Jeff Dominic Price
                                     Jeff Dominic Price
                                     Attorney for Plaintiff

Dated: March 7, 2018      HERUM CRABTREE SUNTAG
                                     A California Professional Corporation

                                        /s/ Dana A. Suntag
                                     Dana A. Suntag
                                     *Attorney for All Defendants*

I, Jeff Price, attest that I have authority from Dana A. Suntag to file this document.

                                      /s/ Jeff Dominic Price
Jeff Price
Attorney for Plaintiff

## DECLARATION OF JEFF DOMINIC PRICE

I, Jeff Dominic Price, state:

1. I am the attorney for the plaintiff and this declaration is submitted in support of the Stipulation and I can testify to the following facts of my own personal knowledge.

2. Over the last four weeks, I have been engaged, *inter alia*, in conducting extensive discovery including preparing for and conducting depositions, prior to the March 5, 2018 close of discovery, in a case in the Central District of California, *Spangler v. County of Ventura, et al.,* 2:16-cv-09174-ODW-GJSx.

3. As a result of Plaintiff's counsel work on *Spangler*, *inter alia,* the parties have stipulated to an extension of time for Plaintiff to file an amended complaint in response to Defendants' Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2018, at Santa Monica, California,

  /s/ Jeff Dominic Price
Jeff Dominic Price

**ORDER**

Based on the Stipulation of Counsel, and good cause shown, the Court grants the stipulated extension of time requested. Plaintiff's amended complaint shall be due on or before March 14, 2018.

DATED: March 12, 2018.

_____
UNITED STATES DISTRICT JUDGE