Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@icloud.com
Tel. 310.451.2222

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE L. BRADLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>    Defendants. | Case No. 2:17-CV-02313-KJM-AC<br><br>STIPULATION TO FILING OF CORRECTED SECOND AMENDED COMPLAINT; ORDER |

TO: THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES DISTRICT JUDGE AND TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

WHEREFORE the parties, though their counsel of record, have met and conferred and, for good cause, have agreed to stipulate to the filing of the corrected Second Amended Complaint, attached.

1. The Second Amended Complaint was filed on April 12, 2018; and
2. The Corrected Second Amended Complaint corrects grammatical and punctuation irregularities.

/ / /

/ / /

/ / /

/ / /

IT IS STIPULATED that the Corrected Second Amended Complaint be filed and that the time for Defendants to file a response (which may be a motion) to the Corrected Second Amended Complaint be 14 days from April 23, 2018.

IT IS SO STIPULATED.

Dated: April 23, 2018         JEFF DOMINIC PRICE, Esq.

              /s/ Jeff Dominic Price
Jeff Dominic Price
Attorney for Plaintiff

Dated: April 23, 2018         HERUM CRABTREE SUNTAG
                              A California Professional Corporation


              /s/ Dana A. Suntag
Dana A. Suntag
*Attorney for All Defendants*


I, Jeff Price, attest that I have authority from Dana A. Suntag, through email, to affix his signature to this document for filing.

              /s/ Jeff Dominic Price
Jeff Price
Attorney for Plaintiff


## ORDER

Based on the Stipulation of Counsel, and good cause shown, the Court grants the stipulation; the Corrected Second Amended Complaint shall be filed and the time for Defendants to file a response (which may be a motion) is 14 days from April 23, 2018.

DATED: April 26, 2018

_____
UNITED STATES DISTRICT JUDGE