UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE L. BRADLEY, et al., | No 2:17-cv-02313-KJM-AC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

On April 23, 2018, the court issued a pretrial scheduling order directing the parties to file a jointly proposed discovery protective order and jointly proposed order on the handling of electronically stored information. Order, ECF No. 25 at 2 (emphasis omitted). On May 7, 2018, defendants' counsel submitted a declaration notifying the court that plaintiffs' counsel had not responded to the defense's proposed orders, both of which were attached to the declaration. ECF No. 30; Defs.' Prop. Prot. Order, ECF No 30-1; Defs.' Prop. ESI Order, ECF No. 30-2. Also on May 7, 2018, plaintiffs' counsel filed a declaration explaining he had recently responded to defendants' proposed orders and attaching plaintiffs' proposed orders. ECF No. 34 (decl.); Pls.' Prop. Prot. Order, ECF No. 34-1; Pls.' Prop. ESI Order, ECF No. 34-2. There is no indication the parties made further efforts to resolve their differences.

The parties are therefore ORDERED to jointly file within seven (7) days either (1) a jointly proposed discovery protective order and jointly proposed order on the handling of electronically stored information, or (2) an explanation of their good faith differences as to the

1

proposed language in each proposed order, specifically identifying which language is agreed upon and which language is disputed.  Failure to comply with this order, including failure to file a joint statement, may result in monetary sanctions.

        IT IS SO ORDERED.

DATED:  September 19, 2018.

_____
UNITED STATES DISTRICT JUDGE