Jeff Dominic Price  |  SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
310.451.2222
jeff.price@icloud.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DENISE L. BRADLEY, et al., | Case No. 2:17-CV-02313-KJM-AC |
|---|---|
| Plaintiffs, | NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD. L.R. 182 |
| vs. | |
| COUNTY OF SAN JOAQUIN, et al., | Date:  December 7, 2018 |
| Defendants. | Time:  10:00 a.m.<br>Place: Courtroom 3<br>Filed:  November 3, 2017 |

To: The Honorable Kimberly J. Mueller:

PLEASE TAKE NOTICE that on December 7, 2018, at 10:00 a.m., at 501 I Street, Sacramento, California, Courtroom 3, the Honorable Kimberly J. Mueller, United States District Judge, counsel for the plaintiff, Jeff Dominic Price, Esq., will request of this Court an order granting counsel leave to withdraw as counsel of record for the plaintiff in this action. This motion is based on the attached Memorandum of Points and Authorities, the attached Declaration of Jeff Dominic Price, counsel for Plaintiff ("JDP Decl."), and is made pursuant to Local Rule 182(d).

Dated: November  9 , 2018          JEFF DOMINIC PRICE, Esq.
                                   /s/ Jeff Dominic Price
                                   Jeff Dominic Price
                                   Attorney for Plaintiffs

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR THE PLAINTIFF

Counsel for the Plaintiff requests leave to withdraw as counsel of record in this case because of the existence of a potential irreconcilable conflict of interest and the knowing assent by the clients of termination of representation.

In October 2018 counsel received a large amount of documents and evidence after entry of a court order compelling disclosure of the information. After reviewing documents contained within the universe of information disclosed counsel has arrived at the conclusion that a conflict exists and that he must withdraw. Both plaintiffs have knowingly assented to termination of the representation, reflected in written consents filed with this motion.

The California Rules of Professional Conduct provide that an attorney may withdraw from representation when "[t]he client knowingly and freely assents to the termination of representation." Cal. R. Prof. Conduct 1.16(b)(6).

Cal. Civ. P Code § 284 provides that an attorney may withdraw from an action, before or after final judgment, upon the consent of both client and attorney, or upon the order of the court.

This motion is being filed concurrently with a stipulation for dismissal of the entire action without prejudice. There is no trial date set. Withdrawal of counsel is permitted where withdrawal can be accomplished without undue prejudice to the client's interests. *Ramirez v. Surdevant* (1994) 21 Cal.App.4th 904, 915.  Absent a showing of prejudice, an attorney is entitled to withdraw upon approval by the reasonable discretion of the Court.  *Id*.; *see also Mandell v. Superior Court* (1977) 67 Cal.App.3d 1, 4. Withdrawal of counsel at this juncture will not delay the prosecution of this case, nor prejudice the plaintiffs' ability to litigate claims.

Counsel has communicated both notice of Counsel's need to withdraw and the consequences of withdrawal – including the need to retain new counsel – to the plaintiffs via telephone.  *See* JDP Decl. ¶ 5. Finally, Counsel will serve written notice by mail to the plaintiffs' mailing addresses on November 9, 2018.

DECLARATION OF JEFF PRICE, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

I, Jeff Dominic Price, state:

1. I am a member in good standing of the State Bar of California, eligible to practice in all the courts of the state, and a member of the bar of the United States District Court for the Eastern District of California, and can testify to the following of my own personal knowledge.

2. In March 2018 I served a request for production of documents on defendant County of San Joaquin.

3. After a September 5, 2018, hearing on a motion to compel discovery, after which the court compelled disclosure, I received, on or about October 9, 2018, a substantial volume of documents pertinent to this case, including shooting investigation reports and exhibits, recorded interviews of witnesses, and the contents of the telephone that apparently was used by the decedent.

4. After reviewing information contained within the universe of information disclosed I have arrived at the conclusion that a conflict exists and that I must withdraw.

5. I have communicated my concerns to both plaintiffs and discussed my concerns with them and both plaintiffs have assented to termination of representation and dismissal of the case without prejudice.

6. Should the Court require additional information in order to properly decide the motion for leave to withdraw, it may be provided under seal and in camera in order to maintain confidentiality and not unduly prejudice the Plaintiff.

7. Consents to termination of representation are attached hereto.

/ / /

/ / /

/ / /

4  Motion to Withdraw as Counsel of Record

8.   Denise Bradley's current mailing address is 8162 Palisades Dr., #33, Stockton, CA 95210; Keenan Bradley's address is 2412 Broadway, Forrest City, AR 72335.

I declare under penalty of perjury, that the foregoing is true and correct. Executed at Santa Monica, California, this __9th__ day of November, 2018,

    /s/ Jeff Dominic Price
    Jeff Dominic Price

## CONCLUSION

In light of the foregoing, Counsel believes that leave for withdrawal is appropriate.  Counsel therefore requests that the Court grant leave pursuant to the included Proposed Order.

RESPECTFULLY SUBMITTED,

Dated: November __9__, 2018        JEFF DOMINIC PRICE, Esq.
                                                /s/ Jeff Dominic Price
                                          Jeff Dominic Price
                                          Attorney for Plaintiff

<u>Proof of Service</u>

I, Jeff Dominic Price, declare that I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action. My business address is 2500 Broadway, Suite 125, Santa Monica, California 90404.

On November 9, 2018, I served the foregoing documents, described as MOTION TO WITHDRAW AS COUNSEL OF RECORD; PROPOSED ORDER [*Bradley et al. v. County of San Joaquin et al.*, 17-CV-02313-KJM-AC] on counsel for the interested parties in this action:

☒ by transmitting a true copy thereof/placing a true copy thereof enclosed in a sealed envelope addressed to:

*See* Attachment

☒ by mail as follows: Pursuant to the business practice at my place of business, under which correspondence so collected and processed is deposited with the United States Postal Service that same day with postage fully prepaid at Santa Monica, California in the ordinary course of business.

☒ by Email on November __9__, 2018, as follows: I caused to be delivered such document by CM/ECF to the attorneys for the following parties: See Attachment.

Executed on November __9__, 2018, at Santa Monica, California.

☒ I declare under penalty of perjury that the foregoing is true and correct.

                                                  /s/ Jeff Price
                                                  J. PRICE

<u>**Attachment**</u>

| | | |
|---|---|---|
| Dana Suntag<br>Herum Crabtree Suntag<br>5757 Pacific Ave., Ste. 222<br>Stockton, CA 95207<br>Attorneys for Defendants<br>[via electronic service only] | Denise Bradley<br>8162 Palisades Dr., #33<br>Stockton, CA 95210 | Keenan Bradley<br>2412 Broadway St.<br>Forrest City, AR 72335 |